# Exhibit "C"

# Sprouts - Infringement Data

**11 Total Images**
**97 Total Infringements**

| | | |
|---|---|---|
| | Image Name: | BakedTroutHR0307.jpg |
| | Registration Number: | VA0002021644 |
| | Registration Date: | November 04, 2016 |
| | Creation Date: | 102, 1996 |
| | Publication Date: | 109, 1996 |
| | Earliest Documented Appearance: | June 24, 2019 |
| | Infringement Count: | 10 |
| | Image Name: | BonelessChuckRoastHR0610.jpg |
| | Registration Number: | VA0002024712 |
| | Registration Date: | December 18, 2016 |
| | Creation Date: | March 21, 1994 |
| | Publication Date: | April 05, 1994 |
| | Earliest Documented Appearance: | September 24, 2019 |
| | Infringement Count: | 4 |
| | Image Name: | ChickenThighDrumstick002_ADL.jpg |
| | Registration Number: | VA0002046824 |
| | Registration Date: | January 26, 2017 |
| | Creation Date: | February 05, 1998 |
| | Publication Date: | February 12, 1998 |
| | Earliest Documented Appearance: | July 09, 2019 |
| | Infringement Count: | 7 |
| | Image Name: | GarlicCloves0411.jpg |
| | Registration Number: | VA0002024450 |
| | Registration Date: | December 09, 2016 |
| | Creation Date: | April 19, 1994 |
| | Publication Date: | April 26, 1994 |
| | Earliest Documented Appearance: | June 30, 2019 |
| | Infringement Count: | 11 |
| | Image Name: | OrangeValencia001_ADL.jpg |
| | Registration Number: | VA0002045013 |
| | Registration Date: | April 17, 2017 |
| | Creation Date: | May 14, 1997 |
| | Publication Date: | May 21, 1997 |
| | Earliest Documented Appearance: | September 04, 2019 |
| | Infringement Count: | 4 |
| | Image Name: | PearDAnjou001_ADL.jpg |
| | Registration Number: | VA0002045013 |
| | Registration Date: | April 17, 2017 |
| | Creation Date: | January 11, 1997 |
| | Publication Date: | January 18, 1997 |
| | Earliest Documented Appearance: | July 23, 2019 |
| | Infringement Count: | 6 |

| Image Name: | PorkChopsBonelessSirloin0306.jpg |
|---|---|
| Registration Number: | VA0002021644 |
| Registration Date: | November 04, 2016 |
| Creation Date: | April 04, 1996 |
| Publication Date: | April 11, 1996 |
| Earliest Documented Appearance: | June 24, 2019 |
| Infringement Count: | 12 |

| Image Name: | RawShrimpColossal001_ADL.jpg |
|---|---|
| Registration Number: | VA0002055106 |
| Registration Date: | May 16, 2017 |
| Creation Date: | October 16, 1994 |
| Publication Date: | October 26, 1994 |
| Earliest Documented Appearance: | May 16, 2019 |
| Infringement Count: | 3 |

| Image Name: | RoastedWholeChickenHR0308.jpg |
|---|---|
| Registration Number: | VA0002022966 |
| Registration Date: | November 26, 2016 |
| Creation Date: | November 04, 1994 |
| Publication Date: | November 11, 1994 |
| Earliest Documented Appearance: | June 27, 2019 |
| Infringement Count: | 19 |

| Image Name: | ShortRibCookedHR0508.jpg |
|---|---|
| Registration Number: | VA0002009665 |
| Registration Date: | July 12, 2016 |
| Creation Date: | February 11, 2005 |
| Publication Date: | February 21, 2005 |
| Earliest Documented Appearance: | August 06, 2019 |
| Infringement Count: | 3 |

| Image Name: | Spinach004_ADL.jpg |
|---|---|
| Registration Number: | VA0002056181 |
| Registration Date: | May 15, 2017 |
| Creation Date: | September 02, 1995 |
| Publication Date: | September 05, 1995 |
| Earliest Documented Appearance: | May 22, 2019 |
| Infringement Count: | 18 |