# Exhibit "D"



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image

https://www.instacart.com/sprouts/vegetables-fresh



**Image Name**
Spinach004_ADL

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image

https://www.instacart.com/sprouts/organic-produce



### Image Name
Spinach004_ADL

### Registration Number
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image

https://www.instacart.com/sprouts/fresh-produce



## Image Name
Spinach004_ADL

## Registration Number
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

## URL Containing Image
https://www.instacart.com/sprouts/boneless



### Image Name
PorkChopsBonelessSirloin0306

### Registration Number
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/pork-loin-chops



**Image Name**
PorkChopsBonelessSirloin0306

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

**URL Containing Image**

https://www.instacart.com/sprouts/boneless-pork-shoulder?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
PorkChopsBonelessSirloin0306.j
pg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/boneless-pork-chops



**Image Name**
PorkChopsBonelessSirloin0306

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/organic-pork-chops?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
PorkChopsBonelessSirloin0306

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/organic-pork-chops?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
PorkChopsBonelessSirloin0306

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

## URL Containing Image
https://www.instacart.com/sprouts/
seafood



### Image Name
BakedTroutHR0307.jpg

### Registration Number
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/fresh-seafood?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
BakedTroutHR0307.jpg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

## URL Containing Image
https://www.instacart.com/sprouts/fresh-fish/
page/3?per_page=49



**Image Name**
BakedTroutHR0307.jpg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

## URL Containing Image

https://www.instacart.com/sprouts/sea-food/
page/2



### Image Name
BakedTroutHR0307.jpg

### Registration Number
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

## URL Containing Image
https://www.instacart.com/sprouts/fish



**Image Name**
BakedTroutHR0307.jpg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

## URL Containing Image

https://www.instacart.com/sprouts/boneless-pork-chops



**Image Name**
BakedTroutHR0307.jpg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/trout?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
BakedTroutHR0307.jpg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/applegate-chicken



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/fresh-chicken



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

## URL Containing Image

https://www.instacart.com/sprouts/
chicekn



### Image Name
RoastedWholeChickenHR0308.jpg

### Registration Number
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

## URL Containing Image
https://www.instacart.com/sprouts/chicken



### Image Name
RoastedWholeChickenHR0308.jpg

### Registration Number
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/whole-chicken



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Sunday, June 30, 2019

## URL Containing Image

https://www.instacart.com/sprouts/vegan/
page/5



### Image Name
GarlicCloves0411.jpg

### Registration Number
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Sunday, June 30, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/vegetarian/
page/5?per_page=49



**Image Name**
GarlicCloves0411.jpg

**Registration Number**
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Sunday, June 30, 2019

**URL Containing Image**

https://www.instacart.com/sprouts/fresh-garlic



**Image Name**
GarlicCloves0411.jpg

**Registration Number**
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 9, 2019

## URL Containing Image
https://www.instacart.com/sprouts/perdue-chicken/
page/2



## Image Name
ChickenThighDrumstick002_ADL
.jpg

## Registration Number
VA0002046824





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 9, 2019

## URL Containing Image
https://www.instacart.com/sprouts/chicken-drumsticks



## Image Name
ChickenThighDrumstick002_ADL.jpg

## Registration Number
VA0002046824





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 9, 2019

## URL Containing Image
https://www.instacart.com/sprouts/chicken-liver/page/2?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



### Image Name
ChickenThighDrumstick002_ADL
.jpg

### Registration Number
VA0002046824





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 9, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/chicken-can



**Image Name**
ChickenThighDrumstick002_ADL
.jpg

**Registration Number**
VA0002046824





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, July 15, 2019

## URL Containing Image

https://www.instacart.com/sprouts/frozen-chopped-spinach



**Image Name**
Spinach004_ADL.jpg

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, July 15, 2019

## URL Containing Image

https://www.instacart.com/sprouts/organics-spinach



### Image Name
Spinach004_ADL.jpg

### Registration Number
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, July 15, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/
spinich



**Image Name**
Spinach004_ADL.jpg

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, July 15, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/organic-spinich?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
Spinach004_ADL.jpg

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 23, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/organic-fresh-fruit/page/4?per_page=49



**Image Name**
PearDAnjou001_ADL.jpg

**Registration Number**
VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 23, 2019

## URL Containing Image
https://www.instacart.com/sprouts/pear-juice



## Image Name
PearDAnjou001_ADL.jpg

## Registration Number
VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, August 6, 2019

## URL Containing Image

https://www.instacart.com/sprouts/beef-brisket?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
ShortRibCookedHR0508.jpg

**Registration Number**
VA0002009665

---

← C 🔒 Secure | https://www.instacart.com/sprouts/beef-brisket?utm_campaign=taurus&utm_content=retailer_keyword&utm_medium=web&utm_source=instacart_seo

T-Bone Steak, Package
At $12.99/lb

Boneless Eye Round Steak, Package
At $5.99/lb

Bone-In Beef Short Ribs, Package
At $6.99/lb

Extra-Lean Beef Stew Meat, Package
At $8.99/lb

Epic Wagyu Beef Steak Strip
0.8 oz

100% Grass Fed Ground Beef, Package
At $6.99/lb

Super Lean Ground Beef Sirloin, Package

85% Extra Lean Ground Beef,

The Butcher Shop 100% Grass Fed Boneless

The Butcher Shop 100% Grass Fed Beef Stew,

The Butcher Shop Marinated Beef Skirt

Boneless Ribeye Steak, Package



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Friday, August 9, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/swedish-fish?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
BakedTroutHR0307.jpg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Friday, August 9, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/seafood-salad



**Image Name**
BakedTroutHR0307.jpg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Friday, August 9, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/boneless-chicken-thighs



**Image Name**
BakedTroutHR0307.jpg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, August 12, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/canned-chicken



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
RoastedWholeChickenHR0308.jpg





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, August 12, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/canned-chicken



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, August 14, 2019

## URL Containing Image

https://www.instacart.com/sprouts/chili-garlic-sauce



### Image Name
GarlicCloves0411.jpg

### Registration Number
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, August 21, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/checken/page/1?
per_page=49&retailer_slug=sprouts&search_source=retaile
r_logged_out_keyword_page&show_unavailable=false&sou
rce=web



**Image Name**
ChickenThighDrumstick002_ADL
.jpg

**Registration Number**
VA0002046824





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, August 21, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/value-pack



**Image Name**
ChickenThighDrumstick002_ADL.jpg

**Registration Number**
VA0002046824





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, May 16, 2019

## URL Containing Image

https://www.instacart.com/sprouts/shrimp



## Image Name

RawShrimpColossal001_ADL

## Registration Number

VA0002055106





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, May 16, 2019

## URL Containing Image
https://www.instacart.com/sprouts/fresh-fish/
page/3?per_page=49



### Image Name
RawShrimpColossal001_ADL

### Registration Number
VA0002055106





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, May 16, 2019

## URL Containing Image

https://www.instacart.com/sprouts/fresh-fish/page/3?per_page=49



### Image Name
RawShrimpColossal001_ADL

### Registration Number
VA0002055106





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image
https://www.instacart.com/sprouts/
spinach



### Image Name
Spinach004_ADL

### Registration Number
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image

https://www.instacart.com/sprouts/organic-spinach



### Image Name
Spinach004_ADL

### Registration Number
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image

https://www.instacart.com/sprouts/fresh-spinach



## Image Name
Spinach004_ADL

## Registration Number
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image
https://www.instacart.com/sprouts/organic-girl-spinach?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
Spinach004_ADL

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/
spinach



**Image Name**
Spinach004_ADL

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image
https://www.instacart.com/sprouts/
spianch



### Image Name
Spinach004_ADL

### Registration Number
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image

https://www.instacart.com/sprouts/
bunch



**Image Name**
Spinach004_ADL

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image

https://www.instacart.com/sprouts/vegetable/page/1



**Image Name**
Spinach004_ADL

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, May 22, 2019

## URL Containing Image

https://www.instacart.com/sprouts/organic-vegetable



**Image Name**
Spinach004_ADL

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

## URL Containing Image
https://www.instacart.com/sprouts/center-cut-bacon



**Image Name**
PorkChopsBonelessSirloin0306

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

## URL Containing Image

https://www.instacart.com/sprouts/hormel-pork



**Image Name**
PorkChopsBonelessSirloin0306

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

## URL Containing Image
https://www.instacart.com/sprouts/organic-pork-chops?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
PorkChopsBonelessSirloin0306.j
pg

**Registration Number**
VA0002021644

---

Secure | https://www.instacart.com/sprouts/organic-pork

At $3.99/lb      At $2.49/lb

Boneless
Center-Cut
Pork Chop,
Package
At $3.99/lb

Boneless
Center-Cut
Thin Pork
Chops,
Package
At $4.99/lb

Bone-In
Pork Center-
Cut Rib
Chops,
Package
At $4.49/lb

St. Louis
Style Pork
Spareribs,
Cyrovac
Package
At $4.49/lb

Pork Baby
Back Ribs,
Cryovac
Package
At $4.99/lb

Bratwurst
Pork
Sausage,
Bulk
At $3.99/lb

Bratwurst
Pork
Sausage
Link
At $3.99/lb

Pork
Chorizo,
Bulk
Package
At $3.99/lb

Hot Italian
Pork
Sausage,
Bulk
Package
At $3.99/lb

Sweet Italian
Pork
Sausage,
Bulk
Package
At $3.99/lb

Hot Italian
Pork
Sausage
Link
At $3.99/lb

Sweet Italian
Pork
Sausage
Link
At $3.99/lb

tps://www.instacart.com/sprouts/products/17851846-boneless-center-cut-thin-pork-chops-package-at-4-99-lb



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, June 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/pork-chops



**Image Name**
PorkChopsBonelessSirloin0306.jpg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/
poultry



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

**URL Containing Image**

https://www.instacart.com/sprouts/whole-organic-chicken



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

## URL Containing Image

https://www.instacart.com/sprouts/chciken/
page/1



### Image Name
RoasedWholeChickenHR0308.jp
g

### Registration Number
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/
chicken



**Image Name**
RoastedWholeChickenHR0308.jp
g

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Thursday, June 27, 2019

**URL Containing Image**

https://www.instacart.com/sprouts/organic-whole-chicken



**Image Name**

RoastedWholeChickenHR0308.jpg

**Registration Number**

VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Sunday, June 30, 2019

**URL Containing Image**

https://www.instacart.com/sprouts/gluten-free-vegan/page/2?per_page=49



**Image Name**
GarlicCloves0411.jpg

**Registration Number**
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, July 15, 2019

## URL Containing Image
https://www.instacart.com/sprouts/veggie-tray



### Image Name
Spinach004_ADL.jpg

### Registration Number
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, July 15, 2019

## URL Containing Image
https://www.instacart.com/sprouts/organic-vegetable/
page/3



**Image Name**
Spinach004_ADL.jpg

**Registration Number**
VA0002056181





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 23, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/asian-pears



**Image Name**
PearDAnjou001_ADL.jpg

**Registration Number**
VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 23, 2019

## URL Containing Image
https://www.instacart.com/sprouts/pear-juice



## Image Name
PearDAnjou001_ADL.jpg

## Registration Number
VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 23, 2019

**URL Containing Image**

https://www.instacart.com/sprouts/organic-
fresh-fruit/page/4?per_page=49



**Image Name**

PearDAnjou001_ADL.jpg

**Registration Number**

VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, July 23, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/asian-pears



**Image Name**
PearDAnjou001_ADL.jpg

**Registration Number**
VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, August 6, 2019

## URL Containing Image

https://www.instacart.com/sprouts/beef-chuck-roast



### Image Name
ShortRibCookedHR0508.jpg

### Registration Number
VA0002009665





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, August 6, 2019

## URL Containing Image

https://www.instacart.com/sprouts/deli-roast-beef/
page/2



### Image Name
ShortRibCookedHR0508.jpg

### Registration Number
VA0002009665





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Friday, August 9, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/season-all/
page/2



**Image Name**
PorkChopsBonelessSirloin0306.j
pg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Friday, August 9, 2019

## URL Containing Image

https://www.instacart.com/sprouts/pork-shoulder?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
PorkChopsBonelessSirloin0306.j
pg

**Registration Number**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, August 12, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/whole-paws?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
RoastedWholeChickenHR0308.jp
g

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, August 12, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/progresso-chicken



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, August 14, 2019

**URL Containing Image**

https://www.instacart.com/sprouts/chopped-garlic



**Image Name**
GarlicCloves0411.jpg

**Registration Number**
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, August 21, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/
drumsticks



**Image Name**
ChickenThighDrumstick002_ADL
.jpg

**Registration Number**
VA0002046824





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, September 4, 2019

**URL Containing Image**

https://www.instacart.com/sprouts/bag-of-oranges



**Image Name**
OrangeValencia001_ADL.jpg

**Registration Number**
VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, September 4, 2019

## URL Containing Image
https://www.instacart.com/sprouts/citrus/page/2



**Image Name**
OrangeValencia001_ADL.jpg

**Registration Number**
VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, September 4, 2019

**URL Containing Image**

https://www.instacart.com/sprouts/orange-peach-mango/page/1



**Image Name**

OrangeValencia001_ADL.jpg

**Registration Number**

VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, September 4, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/orange-gelatin?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
OrangeValencia001_ADL.jpg

**Registration Number**
VA0002045013





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, September 18, 2019

## URL Containing Image
https://www.instacart.com/sprouts/fresh-chicken-wings



## Image Name
RoastedWholeChickenHR0308.jpg

## Registration Number
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, September 18, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/whole-paws/page/2?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, September 18, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/whole-cut-up-chicken?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Wednesday, September 18, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/chicken-stock/page/1



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Friday, September 20, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/rotisserie-chicken?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



**Image Name**
RoastedWholeChickenHR0308.jpg

**Registration Number**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, September 23, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/peeled-garlic



**Image Name**
GarlicCloves0411.jpg

**Registration Number**
GarlicCloves0411.jpg





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, September 23, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/garlic-oil



**Image Name**
GarlicCloves0411.jpg

**Registration Number**
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, September 23, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/garlic-crackers



**Image Name**
GarlicCloves0411.jpg

**Registration Number**
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, September 23, 2019

## URL Containing Image
https://www.instacart.com/sprouts/organic-garlic-bulb?
utm_campaign=taurus&utm_content=retailer_keyword&utm
_medium=web&utm_source=instacart_seo



### Image Name
GarlicCloves0411.jpg

### Registration Number
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Monday, September 23, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/fresh-coriander/page/2



**Image Name**
GarlicCloves0411.jpg

**Registration Number**
VA0002024450





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, September 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/beef-sausage



**Image Name**
BonelessChuckRoastHR0610.jpg

**Registration Number**
VA0002024712





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, September 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/stew-beef



**Image Name**
BonelessChuckRoastHR0610.jpg

**Registration Number**
VA0002024712





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, September 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/cube-steak



**Image Name**
BonelessChuckRoastHR0610.jpg

**Registration Number**
VA0002024712





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

Tuesday, September 24, 2019

**URL Containing Image**
https://www.instacart.com/sprouts/ribeye-steak



**Image Name**
BonelessChuckRoastHR0610.jpg

**Registration Number**
VA0002024712

